UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CARSWELL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; RED BLUFF AUTO CENTER, INC., dba RED BLUFF CHRYSLER DODGE JEEP RAM, a California corporation; and DOES 1-30, inclusive,<br><br>    Defendants. | No. 2:16-cv-02028-SB<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    The parties have filed a Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF No. 15. In accordance with Fed. R. Civ. P. 41 and the joint wishes of the parties, the above-captioned case is dismissed with prejudice and without costs and attorneys' fees to any party.

//
//
//
//
//

**ORDER GRANTING STIPULATION OF VOLUNTARY . . . ^ 1**

Accordingly**, IT IS HEREBY ORDERED:**

1. The Parties' Stipulation of Dismissal with Prejudice, ECF No. 24, is **GRANTED** and **ENTERED**.

2. The above-captioned case is **DISMISSED WITH PREJUDICE** and without costs and attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 21st day of March, 2017.

*[Signature: Stanley A. Bastian]*

Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATION OF VOLUNTARY . . . ^ 2**